# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NICHOLAS SAMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:07CV155 |
| vs. ) | |
| ) | ORDER |
| **EARL SCHENCK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

On the oral motion of counsel for the defendants, the telephone planning conference previously set for September 9, 2008 at 9:30 a.m. is cancelled and is **rescheduled for September 16, 2008 at 9:00 a.m.** before the undersigned magistrate judge. Frederick J. Coffman shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 20th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge