**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **NICHOLAS SAMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV155 |
| | ) | |
| and | ) | |
| | ) | |
| **MATTHEW LIVERS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV107 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **EARL SCHENCK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on William Lambert and Charles O'Callagnhan's motion to enlarge the time for conducting the planning conference in these cases (Filing No. 101 in Case No. 8:07CV155; Filing No. 72 in Case No. 8:08CV107). Counsel for the moving defendants represent that other counsel have no objection to the continuance. Upon consideration,

**IT IS ORDERED:**

1. William Lambert and Charles O'Callagnhan's motion to enlarge the time for conducting the planning conference in these cases (Filing No. 101 in Case No. 8:07CV155; Filing No. 72 in Case No. 8:08CV107) is granted.

2. The **telephone** planning conference with the undersigned magistrate judge is continued to **October 23, 2008, at 9:00 a.m.** Counsel for the defendants William Lambert and Charles O'Callagnhan shall initiate the telephone conference.

DATED this 10th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge