IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICHOLAS SAMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV155 |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **EARL SCHENCK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Extension of Time in which to Submit Reply (Filing No. 214) and the Motion to Quash (Filing No. 215) filed by non-parties C. L. Retelsdorf and Christine Grabig. The undersigned magistrate judge held a telephone conference will counsel for the parties and movants on May 8, 2009. Based on the discussion with counsel, the motions are granted as set forth below.

**IT IS ORDERED:**

1. The plaintiff's Motion for Extension of Time in which to Submit Reply (Filing No. 214) is granted, in part. The plaintiff shall have until **May 15, 2009**, to file a reply in support of his Motion to Identify Does and for Leave to File Amended Complaint (Filing No. 209).

2. C. L. Retelsdorf and Christine Grabig's Motion to Quash (Filing No. 215) is granted to the extent the depositions shall not be taken on May 11, 2009. The court will determine the merits of the motion to quash after the completion of briefing by the parties.

3. The plaintiff shall have until **May 19, 2009**, to file a response to C. L. Retelsdorf and Christine Grabig's Motion to Quash (Filing No. 215).

4. C. L. Retelsdorf and Christine Grabig shall have until **May 22, 2009**, to file a reply in support of the Motion to Quash (Filing No. 215).

DATED this 8th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge