IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICHOLAS SAMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV155 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **EARL SCHENCK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*.

A telephone conference will be held with the undersigned magistrate judge on **October 2, 2009, at 10:30 a.m. Central Standard Time** for the purpose of reviewing the preparation of the case to date and scheduling of the case to trial. Plaintiff's counsel shall initiate the call.

**IT IS SO ORDERED.**

DATED this 10th day of September, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge