# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICHOLAS SAMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV155 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **EARL SCHENCK**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Unopposed Motion for Continuance of the Court Scheduled Status Conference (Filing No. 243) filed by counsel for defendants Earl Schenck, Sandy Weyers, and the political subdivision of Cass County, Nebraska. The moving defendants seek a continuance of the telephone planning conference. Upon consideration,

**IT IS ORDERED:**

1. The Unopposed Motion for Continuance of the Court Scheduled Status Conference (Filing No. 243) is granted.

2. The telephone conference with the undersigned magistrate judge is continued to **October 7, 2009, at 10:30 a.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and scheduling of the case to trial. Plaintiff's counsel shall initiate the call.

DATED this 11th day of September, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge