## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICHOLAS SAMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV155 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **EARL SCHENCK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| **MATTHEW LIVERS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV107 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **EARL SCHENCK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED:**

1. **Mandatory Disclosures** described in Fed. R. Civ. P. 26(a)(1) shall be served **on or before November 6, 2009**.

2. Any motions to dismiss or for summary judgment based on qualified immunity shall be filed not later than **February 5, 2010**. **See** NECivR 56.1 and 7.1.

3. A **telephone** planning conference with the undersigned magistrate judge in conjunction with both cases will be held on **February 16, 2010, at 11:00 a.m. Central Standard Time**. Counsel for Mr. Livers will initiate the conference.

DATED this 7th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge