IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLAS SAMPSON, | ) | |
| | ) | 8:07CV155 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EARL SCHENCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MATTHEW LIVERS, | ) | |
| | ) | 8:08CV107 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EARL SCHENCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that hearing on the Motions to Withdraw and for Temporary and Permanent Restraining Order (Filing No. 327 in 8:07CV155 and Filing No. 253 in 8:08CV107), is scheduled before the undersigned on **April 28, 2010, at 9:00 a.m., Courtroom No. 3,** Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Counsel may participate telephonically in this hearing by contacting chambers (402/661-7302) at least 24 hours beforehand and informing the court of the phone number where he/she can be reached.

DATED this 21st day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge