IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLAS SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV155 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EARL SCHENCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Response to Order to Show Cause (Filing No. 394). After denying the plaintiff's Motion to Compel Discovery and for Reasonable Attorney's Fees (Filing No. 354), the court required the plaintiff to show cause why sanctions should not be entered in accordance with Fed. R. Civ. P. 37(a)(5)(B). Under the circumstances of this case and in light of the plaintiff's response, the court finds no sanctions are appropriate at this time.

**IT IS SO ORDERED.**

DATED this 27th day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge