IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICHOLAS SAMPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:07CV155 |
| | ) | |
| v. | ) | **AMENDED[1] ORDER** |
| | ) | |
| **EARL SCHENCK, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court after a telephone conference with counsel for the parties[2] on November 15, 2010. Upon consideration,

**IT IS ORDERED:**

A **telephone** planning conference with the undersigned magistrate judge will be held **January 20, 2011, at 10:30 a.m.** Plaintiff's counsel shall initiate the conference.

DATED this 15th day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] Order amended to change the time of the telephone conference from 10:00 a.m. to 10:30 a.m.

[2] David W. Kofoed who is representing himself was not connected to the telephone conference. Counsel for the plaintiff shall arrange for Mr. Kofoed's participation in the January telephone conference.