## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICHOLAS SAMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV155 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **EARL SCHENCK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants Earl Schenck, Sandy Weyers, and the Cass County Sheriff's Office's motion for continuance (Filing No. 427). The moving defendants seek to change the date for the planning conference currently scheduled for January 20, 2011. Counsel represents the motion is unopposed. Upon consideration,

**IT IS ORDERED:**

1. Earl Schenck, Sandy Weyers, and the Cass County Sheriff's Office's motion for continuance (Filing No. 427) is granted.

2. The planning conference previously scheduled for January 20, 2011, is canceled.

3. A **telephone** planning conference with the undersigned magistrate judge will be held **February 11, 2011, at 11:00 a.m.** Plaintiff's counsel shall initiate the conference and arrange for the participation of each party.

DATED this 18th day of January, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge