IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NICHOLAS SAMPSON,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**INV. EARL SCHENCK, in his official and individual capacities; INV. WILLIAM LAMBERT, in his official and individual capacities; SGT. SANDY WEYERS, in her official and individual capacities; INV. CHARLES O'CALLAGHAN, in his individual and official capacities; DOES 1-8, in their official and individual capacities; CASS COUNTY SHERIFF'S OFFICE, a Nebraska political subdivision; DAVID KOFOED, in his official and individual capacities; and DOUGLAS COUNTY SHERIFF'S OFFICE, a Nebraska political subdivision,**<br><br>　　　　　　**Defendants.** | 8:07CV155<br><br><br><br>ORDER |

　　　This matter is before the court *sua sponte*. On September 12, 2013, the court ordered the plaintiff to file a status report on December 11, 2013, and every sixty days thereafter, with regard to the proceedings against the defendants Lambert, O'Callaghan, and the Douglas County Sheriff's Office. **See** Filing No. 771 - Restricted Order. No status report has been filed to date. Accordingly,

　　　**IT IS ORDERED**:

　　　The plaintiff shall have until **February 14, 2014**, to file the court-ordered status report or show cause why this case should not be dismissed as against the defendants Lambert, O'Callaghan, and the Douglas County Sheriff's Office.

　　　Dated this 4th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge