IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS SAMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>INVESTIGATOR WILLIAM LAMBERT, in his official and individual capacities; INVESTIGATOR CHARLES O'CALLAGHAN, in his official and individual capacities; DOUGLAS COUNTY SHERIFF'S OFFICE, DAVID W. KOFOED, in his official and individual capacities;<br><br>    Defendants. | 8:07CV155<br><br>ORDER |

  This matter is before the court on its own motion. The plaintiff's claims against defendants Earl Schenck and Sandy Weyers, in their individual and official capacities, and against defendant Cass County Sheriff's Office, were dismissed pursuant to the parties' stipulation on August 1, 2013. Filing No. 709. The court was advised that this action was settled with respect to defendants Lambert, O'Callaghan, and Douglas County. See Filing No. 772, Memorandum and Order at 2. The plaintiff was ordered to show cause why the action should not be dismissed with respect to defendants Lambert, O'Callaghan, and the Douglas County Sheriff's Office. Filing No. 776. In response, the plaintiff has shown that the Douglas County Sheriff's Office has satisfied the terms of the settlement. Filing No. 779, Status Report at 1. Further, the plaintiff has shown that the State of Nebraska, on behalf of defendants Lambert and O'Callaghan, has submitted the claim to the state legislature for approval and does not expect any problems or difficulties. *Id.* at 2. The court has now entered judgment against the remaining defendant, David Kofoed. Accordingly, there remains nothing left for

disposition in this case. For docket control purposes, the court finds the action should be dismissed. The court retains jurisdiction to enforce the settlement.

IT IS HEREBY ORDERED that the plaintiff's claims against defendants William Lambert, Charles O'Callaghan, and the Douglas County Sheriff's Office are dismissed, the parties to pay their own costs.

DATED this 31st day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge