IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS SAMPSON,<br><br>   Plaintiff,<br><br> vs.<br><br>DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division,<br><br>   Defendant,<br><br> vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>   Garnishee. | 8:07CV155<br><br>ORDER |
| MATTHEW LIVERS,<br><br>   Plaintiff,<br><br> vs.<br><br>DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division,<br><br>   Defendant,<br><br> vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>   Garnishee. | 8:08CV107<br><br>ORDER |

  On January 16, 2015, the court held a telephone conference with counsel for all parties in the above captioned cases. Since the remaining issues in these actions involve common questions of law and fact, these matters are consolidated for hearing or

trial of any or all matters in issue pursuant to Fed. R. Civ. P. 42(a). The following deadlines shall apply in these cases:

1. The plaintiffs shall file any dispositive motion **on or before June 2, 2015**.
2. The garnishee shall file any cross-motion for disposition of this matter and respond to the plaintiffs' motion **on or before June 30, 2015**.
3. The plaintiffs shall file any response to the garnishee's cross-motion and reply to the garnishee's response **on or before July 17, 2015**.
4. The garnishee shall have to **July 31, 2015**, in which to reply.

Following the submission of the above items, should there be a necessity for a hearing or trial pursuant to Neb. Rev. Stat. § 25-1030.02, the court will conduct a telephone conference to schedule such proceedings.

**IT IS SO ORDERED**.

Dated this 20th day of January, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge