IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NICHOLAS SAMPSON,** | |
| Plaintiff, | 8:07CV155 |
| vs. | |
| **DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division,** | ORDER |
| Defendant, | |
| vs. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| Garnishee. | |
| **MATTHEW LIVERS,** | |
| Plaintiff, | |
| vs. | 8:08CV107 |
| **DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division,** | |
| Defendant, | ORDER |
| vs. | |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | |
| Garnishee. | |

This matter is before the court on the plaintiffs' Motions for Enlargement of Time (Filing No. 812 in 8:07CV155; Filing No. 765 in 8:08CV107). The motions are granted. The following deadlines shall apply in these cases:

1. The plaintiffs shall file any dispositive motion **on or before June 10, 2015**.

2

2. The garnishee shall file any cross-motion for disposition of this matter and respond to the plaintiffs' motion **on or before July 8, 2015**.

3. The plaintiffs shall file any response to the garnishee's cross-motion and reply to the garnishee's response **on or before July 27, 2015**.

4. The garnishee shall have to **August 10, 2015**, in which to reply.

Following the submission of the above items, should there be a necessity for a hearing or trial pursuant to Neb. Rev. Stat. § 25-1030.02, the court will conduct a telephone conference to schedule such proceedings.

**IT IS SO ORDERED**.

Dated this 2nd day of June, 2015.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge