IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS SAMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division,<br><br>        Defendant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Garnishee. | 8:07CV155<br><br>ORDER |
| MATTHEW LIVERS,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID KOFOED, Commander of the Douglas County Sheriff's Office Crime Scene Investigation Division,<br><br>        Defendant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Garnishee. | 8:08CV107<br><br>ORDER |

    This matter is before the court on the garnishee's Unopposed Motion for Enlargement of Time (Filing No. 817 in 8:07CV155; Filing No. 769 in 8:08CV107). The motions are granted. The following deadlines shall apply in these cases:

    1.    The garnishee shall file any cross-motion for disposition of this matter and respond to the plaintiffs' motion **on or before July 27, 2015**.

2

2. The plaintiffs shall file any response to the garnishee's cross-motion and reply to the garnishee's response **on or before August 17, 2015**.

3. The garnishee shall have to **August 31, 2015**, in which to reply.

Following the submission of the above items, should there be a necessity for a hearing or trial pursuant to Neb. Rev. Stat. § 25-1030.02, the court will conduct a telephone conference to schedule such proceedings.

**IT IS SO ORDERED**.

Dated this 2nd day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge