# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS SAMPSON, | |
| Plaintiff, | 8:07CV155 |
| and | |
| MATTHEW LIVERS, | |
| Plaintiff, | 8:08CV107 |
| vs. | |
| DAVID W. KOFOED, | ORDER |
| Defendant, | |
| and | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a/k/a The Saint Paul Travelers Companies, Inc., | |
| Garnishee. | |

This matter is before the court after a telephone conference on April 14, 2016. Maren L. Chaloupka represented Nicholas Sampson; Robert W. Mullin represented Matthew Livers; and Krista M. Carlson and John D. Hackett represented St. Paul Fire and Marine Insurance Company. The following schedule will apply for this garnishment proceeding.

**IT IS ORDERED**:

1. **On or before May 2, 2016**, the plaintiffs shall file any motions for garnishment and any applications for attorney's fees.

2. The garnishee shall have to **on or before June 1, 2016**, to file responses to the motions and applications filed.

3. The plaintiffs shall have to **on or before June 15, 2016**, to file any reply.

Dated this 18th day of April, 2016.

                                                      BY THE COURT:

                                                      s/ Thomas D. Thalken
                                                      United States Magistrate Judge