IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS SAMPSON,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID W. KOFOED, in his official and individual capacities<br><br>                Defendant,<br><br>   v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, also known as THE SAINT PAUL TRAVELERS COMPANIES, INC.,<br><br>                Garnishee.<br>_____ | **8:07CV155**<br><br><br><br>**FINAL ORDER OF GARNISHMENT** |
| MATTHEW LIVERS,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID W. KOFOED, in his official and individual capacities<br><br>                Defendant,<br><br>   v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, also known as THE SAINT PAUL TRAVELERS COMPANIES, INC.,<br><br>                Garnishee. | **8:08CV107**<br><br><br><br>**FINAL ORDER OF GARNISHMENT** |

This matter is before the Court on the plaintiffs' calculations of each plaintiff's pro-rata share of the garnishee liability of St. Paul Fire and Marine Company a/k/a/ The Saint Paul Travelers Companies, Inc. ("St. Paul" or "garnishee"), Filing No. 854 in *Sampson v. Schenk*, No. 8:07cv155 ("*Sampson*") and Filing No. 802 in *Livers v. Schenk*, No. 8:08cv107 ("*Livers*"). There has been no response to the motion.

The plaintiffs have unsatisfied judgments against David Kofoed (*Sampson*, Filing No. 783; *Livers*, Filing No. 727). The matter has been heard on plaintiffs' motions for money judgments and orders of garnishment (*Sampson*, Filing No. 838; *Livers*, Filing No. 789). The Court has determined that garnishee St. Paul is in possession of property of the judgment debtor in that a St. Paul policy provides coverage for Kofoed's acts (*Sampson*, Filing No. 853; *Livers*, Filing No. 801).

Pursuant to the Memorandum and Order dated November 30, 2016, Filing No. 853 in *Sampson* and Filing No. 801 in *Livers*,

IT IS ORDERED that garnishee St. Paul Fire and Marine Insurance Company, also known as The Saint Paul Travelers Companies, Inc., shall pay into the court the sum of $5,000,000.00 to be paid to the plaintiffs as follows: $1,643,500.00 to plaintiff Nicholas Sampson and $3,356,500.00 to plaintiff Matthew Livers.

DATED this 30th day of December, 2016.

BY THE COURT:

s/Joseph F. Bataillon
Senior United States District Judge