# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS SAMPSON,<br><br>      Plaintiff,<br><br>vs.<br><br>SERGEANT SANDY WEYERS, in her official and individual capacities; CASS COUNTY SHERIFF'S OFFICE, a Nebraska political subdivision; DOES 1-8, in their official and individual capacities; INVESTIGATOR EARL SCHENCK, AND in his official and individual capacities; and DAVID W. KOFOED, in his official and individual capacities;<br><br>      Defendants. | 8:07CV155<br><br>ORDER |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a) and (b)(2).

      The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 19th day of January, 2017.

                                    BY THE COURT:

                                    s/ Susan M. Bazis
                                    United States Magistrate Judge